UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JERRY WOLF,

    Plaintiff,

v.

ROSS E. SHAVALIER, et al.,

    Defendants.
_____/

Case No. 1:21-cv-904

HON. JANE M. BECKERING

**ORDER**

This is civil action filed pursuant to 42 U.S.C. §§ 1983 and 1988. Defendants filed a Motion for Summary Judgment (ECF No. 51). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 56) on September 26, 2023, recommending that this Court grant the motion and terminate this action. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 56) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 51) is GRANTED.

A Judgment will be entered consistent with this Order.

Dated: October 16, 2023

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge